TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Ryan Rowe*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Ryan Rowe, | Case No.: |
|---|---|
| Plaintiff, | |
| vs. | **COMPLAINT** |
| D&A Services, LLC of IL, a foreign limited liability company, | **JURY TRIAL DEMAND** |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, RYAN ROWE, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for his Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Phoenix, Maricopa County, Arizona.

3. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

4. The Defendant to this lawsuit is D&A Services, LLC of IL, which is a foreign limited liability company that maintains a registered agent in the City of Scottsdale, in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

5. Defendant is attempting to collect a consumer type debt allegedly owed to HSBC Bank Nevada, NA in the amount of $837.55 (the "Debt").

6. On or about October 5, 2016, Mr. Rowe received a letter from Defendant, attempting to collect the alleged Debt.

7. On or about October 27, 2016, Mr. Rowe sent Defendant a validation letter. In this letter, Mr. Rowe requested the name and address of the original creditor and verification of the alleged Debt.

8. Mr. Rowe sent the above letter via certified mail, and Defendant received it on October 31, 2016.

9. Mr. Rowe never received validation of the alleged Debt from Defendant, nor did he receive the address of the original creditor as he requested.

10. Instead, on or about November 7, 2016, Mr. Rowe received another letter from Defendant, attempting to collect the alleged Debt. In this letter, Defendant did not provide validation of the alleged Debt, nor did it provide the address of the original creditor, per Mr. Rowe's request.

## COUNT I-VIOLATION OF

## THE FAIR DEBT COLLECTION PRACTICES ACT

11. Plaintiff reincorporates the preceding allegations by reference.

12. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

13. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

14. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

15. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692g(b) by failing to cease collection of the alleged debt after the consumer notified the debt collector in writing that he disputed the debt, or any portion thereof, and by failing to provide Plaintiff with the address of the original creditor after Plaintiff requested it from Defendant. Defendant violated this provision when it mailed Plaintiff a second letter, attempting to collect the alleged Debt without responding to Plaintiff's previous request for validation of the Debt and Plaintiff's request for the address of the original creditor.

16. The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## **DEMAND FOR JUDGMENT RELIEF**

Accordingly, Plaintiff requests that the Court grant him the following relief against the Defendant:

4

a. Actual damages;

b. Statutory damages; and

c. Statutory costs and attorneys' fees.

## **JURY DEMAND**

Plaintiff hereby demands a trial by Jury.

DATED: December 16, 2016

                                                  KENT LAW OFFICES

                                            By: */s/ Trinette G. Kent*
                                               Trinette G. Kent
                                               Attorneys for Plaintiff,
                                               Ryan Rowe