TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 East Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Ryan Rowe*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Rowe, | Case No.: CV-16-04419-PHX-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| D&A Services LLC of IL., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant D&A Services LLC of IL., in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant D&A Services LLC of IL., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1

1  RESPECTFULLY SUBMITTED this 11th day of August, 2017.

                                    KENT LAW OFFICES


                                    By: /s/ Trinette G. Kent
                                    Trinette G. Kent
                                    Attorney for Plaintiff,
                                    Ryan Rowe

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2017, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the District of Arizona by using the CM/ECF system, which will send notice of such filing to all counsel of record.

                                    By /s/ Trinette G. Kent
                                       Trinette G. Kent, Esq.

2