TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Ryan Rowe*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Rowe,<br><br>    Plaintiff,<br><br>         vs.<br><br>D&A Services, LLC of IL,<br>a foreign limited liability company,<br><br>    Defendant. | Case No.: 2:16-cv-04419-DLR<br><br>**STIPULATION TO EXTEND THE DISMISSAL DEADLINE** |

1

NOW COME the parties and stipulate to extend the dismissal deadline for the above-captioned matter and state as follows:

On August 11, 2017, Plaintiff filed a notice of settlement for the above-captioned action. (Doc #26.) The same day, this Court entered an Order that directed the Clerk of the Court "to terminate this matter on October 12, 2017 without further leave of Court." (Doc #28.)

The parties have settled this matter but are still completing performance under the agreement. Therefore, the parties jointly move this Court to extend the dismissal deadline for this matter until October 20, 2017.

Respectfully submitted,

Dated: October 12, 2017       KENT LAW OFFICES

By: /s/ Trinette G. Kent
Trinette G. Kent
Attorneys for Plaintiff,
Wendy Bauer

OLSON LAW GROUP

By: /s/ Charity A. Olson
Charity A. Olson
Attorneys for Defendant,
EquityExperts.org, LLC

## **CERTIFICATE OF SERVICE**

I, Trinette G. Kent, hereby state that on October 12, 2017, I served a copy of the foregoing document upon all counsel as their addresses appear of record, via the Court's CM/ECF system.

/s/ Trinette G. Kent