# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Rowe, | No. CV-16-04419-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| D&A Services LLC of IL, | |
| Defendant. | |

The Court has reviewed the parties' Stipulation to Extend the Dismissal Deadline. (Doc. 29.) For good cause shown,

**IT IS ORDERED** extending the dismissal deadline through and including **October 20, 2017**.

Dated this 12th day of October, 2017.

Douglas L. Rayes
United States District Judge